```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 22879
   DAVE D PICKENS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-1883

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/16/2004 and was confirmed 09/13/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

      The case was paid in full 10/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID             PAID
--------------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI  CURRENT MORTG     30680.00              .00        30680.00
MORTGAGE ELECTRONIC REGI  MORTGAGE ARRE     10108.68              .00        10108.68
THOMAS R HITCHCOCK        PRIORITY          NOT FILED             .00             .00
AMERICAN EXPRESS TRAVEL   UNSECURED          2190.00              .00         2190.00
DELL FINANCIAL SERVICES   UNSECURED         NOT FILED             .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED         NOT FILED             .00             .00
FORD MOTOR CREDIT         UNSECURED         NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED           371.50              .00          371.50
LUNDSTROM JEWELERS        UNSECURED         NOT FILED             .00             .00
VERIZON WIRELESS          UNSECURED          1738.31              .00         1738.31
THE BUREAUS INC           UNSECURED          7317.00              .00         7317.00
THOMAS R HITCHCOCK        DEBTOR ATTY        1,728.50                         1,728.50
TOM VAUGHN                TRUSTEE                                             3,421.91
DEBTOR REFUND             REFUND                                                111.60

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              57,667.50

PRIORITY                                           .00
SECURED                                      40,788.68
UNSECURED                                    11,616.81
ADMINISTRATIVE                                1,728.50
TRUSTEE COMPENSATION                          3,421.91
DEBTOR REFUND                                   111.60
                     ---------------        ---------------
TOTALS               57,667.50               57,667.50



                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 22879 DAVE D PICKENS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/27/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```